UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELARA LARISHA NANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No.  2:20-cv-0894 DB P<br><br><br>ORDER |

　　　　Plaintiff is a county inmate at the Sacramento County Jail proceeding pro se.  On May 1, 2020, plaintiff filed a complaint alleging claims under 42 U.S.C. § 1983 and a request to proceed in forma pauperis.  (ECF Nos. 1, 2.)  In an order filed May 13, 2020, this court advised plaintiff that the request to proceed in forma pauperis is not complete.  (ECF No. 5.)  Before the court may consider plaintiff's request, plaintiff must provide the court with a certified copy of plaintiff's inmate trust account statement.  In response, plaintiff submitted a copy a document entitled "Account Balance."  That document does not indicate that it reflects plaintiff's account and it is not certified.  Certification requires the signature of a prison official.

　　　　Plaintiff will be given another opportunity to provide a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is directed to contact the jail officer in charge of inmate

////

trust accounts. Plaintiff should show that officer this order and request a copy of his inmate trust account statement to file with the court.

A copy of this order will be served on the jail's officer in charge of inmate trust accounts. However, it is plaintiff's responsibility to file a certified copy of his trust account statement with the court.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within thirty days of the date of this order, plaintiff shall file a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint.

2. The Clerk of the Court shall serve a copy of this order on: Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California 95814.

Dated: June 25, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/nanc0894.trust stmt2