UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELARA LARISHA NANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 2:20-cv-0894 WBS DB P<br><br><br>ORDER |

This civil rights action was dismissed on January 5, 2021. Documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: February 11, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/nanc0894.closed

1